## United States Bankruptcy Court
### Northern District of Mississippi

In re  **Jai Enterprise, LLC**                                                                                   Case No. _____
                                                                Debtor(s)                                        Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mitul Patel**<br>P.O. Box 1139<br>Greenville, MS 38702 | | | 45% |
| **Yogesh Patel**<br>P.O. Box 1139<br>Greenville, MS 38702 | | | 55% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __6/5/2018__                                  Signature  __/s/ Yogesh Patel__
                                                                           **Yogesh Patel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.