# United States Bankruptcy Court
## Northern District of Mississippi

In re: **Jai Enterprise, LLC**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 6/5/2018

_Yogesh Patel_ /Manager
Signer/Title

Entergy
P.O. Box 8105
Baton Rouge, LA 70891

Federated Mutual Insurance Co.
121 East Park Square
Owatonna, MN 55060

Frito-Lay
75 Remittance Dr.
Suite 1217
Chicago, IL 60675

Guaranty Bank & Trust Co.
536 Washington Ave.
Greenville, MS 38701

H.T. Hackney Company
401 Deerfield Dr.
Covington, TN 38109

Lipscomb Oil Co.
P.O. Box 636
Greenville, MS 38702

Payment Alliance Co.
200 Briarwood West
Jackson, MS 39206

Salvador Sarullo
P.O. Box 4477
Greenville, MS 38704

Sudden Link
P.O. Box 742535
Cincinnati, OH 45274